LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq.  SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile:  408-279-0402

Attorney for Plaintiff
Fred Trisjono

The following constitutes
the order of the court. Signed April 9, 2012

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BEDNAR V. OLAES and GRACE E. OLAES,<br><br>Debtors. | CASE NO.   11-55476 CN<br>CHAPTER 7<br>ADVERSARY NO. 11-05230 CN<br>**JUDGMENT** |
| FRED TRISJONO,<br>          Plaintiff,<br>v.<br>GRACE OLAES,<br>          Defendant. | |

Based upon the Stipulation for Entry of Judgment entered by the parties,

IT IS ORDRED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, Fred Trisjono, and against Defendant, Grace E. Olaes, in the principal sum of $78,000. This Judgment is nondischargeable.

* * * END OF ORDER * * *

Adversary No. 11-5230

**COURT SERVICE LIST**

Recipients are ECF participants

2