LAW OFFICES OF JOSEPH R. KAFKA
Joseph R. Kafka, Esq. SB #139510
1541 The Alameda
San Jose, California 95126
Telephone: 408-993-8441
Facsimile: 408-279-0402

Attorney for Plaintiff
Fred Trisjono

The following constitutes
the order of the court. Signed April 9, 2012

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> BEDNAR V. OLAES and GRACE E. OLAES, <br><br> Debtors. <br><br><br> FRED TRISJONO, <br>   Plaintiff, <br> v. <br> GRACE OLAES, <br>   Defendant. | CASE NO. 11-55476 CN <br><br> CHAPTER 7 <br><br> ADVERSARY NO. 11-05230 CN <br><br> **ORDER RE WAGE GARNISHMENT DIRECTED TO EMPLOYER TO PAY EARNINGS TO PLAINTIFF** |

**AS PROVIDED BY THE PARTIES IN THE STIPULATION FOR ENTRY OF JUDGMENT,** the Defendant, Grace E. Olaes, shall pay $50,000 over five years in monthly installments by a wage garnishment order at the rate

of $416 each pay period for a total of $832 per month. A final payment of $80 is due at the end of the five years for a grand total payment of $50,000.

**IT IS HEREBY ORDERED** that the Defendant's employer – Cypress Semiconductor, Attn. Payroll Dept., 3901 N .First Street, San Jose, CA 95134 - shall commence a payroll deduction beginning on the next payday following receipt of this Order as follows:

$416 each pay period for a total of $832 per month. A final payment of $80 is due at the end of the five years for a grand total payment of $50,000.

The payroll deductions shall be payable to Fred Trisjono and shall be sent to Fred Trisjono, P O Box 20201, San Jose, CA 95160.

This is a voluntary garnishment wage order; therefore, the percentage deduction limitations set forth in California Code of Civil Procedure section 706.050 and 15 U.S.C. 1673 (a) do not apply.

\* \* \* END OF ORDER \* \* \*

Adversary No. 11-5230

**COURT SERVICE LIST**

Recipients are ECF participants